**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

PETITION OF DA DENIAL OF PRIVATE     :    No. 2 WM 2024
CRIMINAL COMPLAINT                       :
                                                 :
                                                 :
PETITION OF: ASHLEIGH MAREE       :
TAYLOR                                     :

## ORDER

**PER CURIAM**

      **AND NOW**, this 14th day of May, 2024, the "Petition for Permission Application for Extraordinary Relief" and the "Amendment Petition for Permission Application for Extraordinary Relief" are DENIED.